UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRAIG A. JOHNSON, as  \*
personal representative of the estate
of JAMISA MCCLUNEY-JOHNSON,  \*
317 Varnum Street, NW
Washington, D.C. 20011  \*

Plaintiff,  \*

v.  \*    Case No. 1:06CV01630

TERRENCE M. FULLUM, M.D.  \*
7904 Wingate Drive
Glenn Dale, Maryland 20769  \*

Defendant.  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**

The plaintiff hereby dismisses this case without prejudice, pursuant to Fed. R. Civ. P. 41(a)(i).

Respectfully submitted,

_____
Patrick A. Malone (397142)
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 737-7777

*Attorneys for the Plaintiff
Craig A. Johnson, as personal
representative of the estate of
Jamisa McCluney-Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October 2006, copy of the *Voluntary Dismissal Pursuant To Rule 41(a)* was served, *via* US Mail, to:

Terrence M. Fullum, M.D.
7904 Wingate Drive
Glenn Dale, MD 20769

_____
Patrick A. Malone